# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAINE B. GEMENY III,<br><br>        Plaintiff,<br><br>    v.<br><br>MICKIE REED, MARK COPE, LILLIAN CHRISTIAN, JOSEPH O'BRIEN<br><br>        Defendants. | Case No.<br>EDCV 14-2565 JGB (KKx)<br><br>**JUDGMENT DISMISSING COMPLAINT WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    In accordance with the Order filed herewith, the Court DISMISSES the Complaint WITH PREJUDICE.  The Court orders that such judgment shall be entered.  The Clerk is directed to close the case.

Dated: July 2, 2015

                            THE HONORABLE JESUS G. BERNAL
                            United States District Judge